112 A.3d 1209

COMMONWEALTH of Pennsylvania ex rel.
Michael J. PISKANIN, Petitioner

v.

Honorable Kelly L. BANACH and Honorable William H. Platt and District Attorney James B. Martin, Esq., and Tammy Ferguson, as Facility Manager and Warden SCI Benner, Respondents.

No. 44 MM 2015.

Supreme Court of Pennsylvania.

April 8, 2015.

## ORDER

PER CURIAM.

AND NOW, this 8th day of April, 2015, the Application for Leave to File Original Process is **GRANTED,** the "Application for Emergency Relief" is **DENIED,** and the Prothonotary is **DIRECTED** to strike the jurists' names form the caption.